Steven J. German - State Bar No. 014789
Scott B. Seymann – State Bar No. 027215
**ADELMAN GERMAN, P.LC.**
8245 North 85th Way
Scottsdale, Arizona 85258
Telephone (480) 607-9166
Facsimile (480) 607-9031
steve@adelmangerman.com

*Additional Attorneys for Plaintiff*
*Appear on Signature Line*

Damian Richard – State Bar No. 028477
Bryan Shartle – La. Bar. No. 27640
Spencer Schulz – La. Bar No. 33361
**SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.**
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:    619/296-2013
drichard@sessions.legal

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| CYNTHIA ZADEL individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>GLOBAL RECEIVABLES SOLUTIONS, INC., a Delaware corporation and ALORICA, INC., a California corporation,<br><br>*Defendants.* | Case No. 2:16-cv-00850-JWS<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Cynthia Zadel ("Plaintiff" or "Zadel") and Defendants Global Receivables Solutions, Inc. ("GRS") and Alorica, Inc. ("Alorica"), through their counsel, stipulate as follows:

1

1. Plaintiff filed this putative class action against Defendants.

2. Plaintiff has agreed to dismiss with prejudice her individual claims against Defendants.

3. The dismissal of this case is without prejudice as to all putative, unidentified class members, if any.

4. Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time.  Rule 23(e) does not limit the right to stipulate to dismissal of this action because it only applies to certified classes, and no class has been certified in this matter.  No notice is required to putative class members under Rule 23(e) since the settlement and dismissal of Plaintiff's individual claims does not bind them in any way.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants agree that the action shall be dismissed in its entirety and with prejudice with respect to the claims alleged by Plaintiff individually against Defendant, and without prejudice as to any claims alleged by the putative, uncertified class against Defendant.

Plaintiff and Defendant further agree that each party shall bear her or its own costs and attorney fees.

IT IS SO STIPULATED.

April 12, 2017

Respectfully Submitted,

**CYNTHIA ZADEL**, individually and on behalf of all others similarly situated,

By: ____/s/ Patrick H. Peluso
One of Plaintiff's Attorneys

Steven J. German
Scott B. Seymann

8245 North 85th Way
Scottsdale, Arizona 85258

Steven Woodrow*
Patrick Peluso*
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, CO 80210
Phone: (720) 213-0675
Email: swoodrow@woodrowpeluso.com
　　　　ppeluso@woodrowpeluso.com

*Stefan Coleman
Law Offices of Stefan Coleman, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Phone: (877) 333-9427
Law@Stefancoleman.com


* *pro hac vice*


*Attorneys for Plaintiff*



**GLOBAL RECEIVABLES SOLUTIONS, INC., AND ALORICA, INC.**,

By: */s/* Spencer Schulz
Damian Richard – State Bar No. 028477
Bryan Shartle – La. Bar. No. 27640
Spencer Schulz – La. Bar No. 33361
**SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.**
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:     619/758-1891
Fax:    619/296-2013

*Attorneys for Defendants*